UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DONALD RUMSFELD, et al.,<br><br>　　　　Respondents. | Civil Action No. 06-1669 (JDB) |

**ORDER**

　　The Court is in receipt of petitioner's petition for a writ of habeas corpus. The docket does not reflect that petitioner has served, or otherwise provided respondents with notice of, this petition. Because it does not plainly appear from the petition that petitioner is not entitled to habeas corpus relief, see 28 U.S.C. § 2243; Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, it is hereby

　　**ORDERED** that the Clerk of the Court shall, in accordance with Rules 1(b) and 4 of the Rules Governing Section 2254 Cases in the United States District Courts, forthwith serve a copy of the petition for a writ of habeas corpus and this order on respondent; and it is further

　　**ORDERED** that respondents shall file an answer, motion, or other response by not later than February 12, 2007.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　　**JOHN D. BATES**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

Date:     January 12, 2007

**Copies to:**

Tina M. Foster
International Justice Network
P.O Box 610119
Bayside, NY 11361-0119
(917) 442-9580
Fax: (917) 591-3353
Email: tina.foster@internationaljusticenetwork.org
	*Counsel for petitioner*

Clerk of Court
United States District Court for the District of Columbia