IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FADI AL MAQALEH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01669 (JDB) |
| ) | |
| DONALD RUMSFELD, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' UNOPPOSED MOTION FOR CLARIFICATION
REGARDING DEADLINE TO SHOW CAUSE**

Respondents, through undersigned counsel, move to clarify that the deadline for respondents to respond to the petition for a writ of habeas corpus in this matter is extended by operation of law to March 2, 2007. In support of this motion, respondents inform the Court as follows:

1. On September 29, 2006, petitioner Fadi Al Maqaleh, who alleges that he is a Yemeni citizen detained by the United States Department of Defense in Bagram, Afghanistan, filed this petition for a writ of habeas corpus through his purported next friend, Ahmad Al Maqaleh.

2. On January 12, 2007, this Court issued an Order instructing the Clerk of the Court to serve a copy of the petition on respondents. The Court also ordered respondents to file an answer, motion, or other response by no later than February 12, 2007.[1]

---

[1] On February 8, 2007, the Clerk of the Court filed the return of service/affidavit of summons and complaint executed as to respondent Donald Rumsfeld and served on January 31, 2007. The docket entry (dkt #3) also provides that respondents' answer would be due on April 2, 2007. That docket entry does not appear to have overridden this Court's January 12 Order.

3.      On February 9, 2007, counsel for petitioner informed undersigned counsel that petitioner intends to file an amended habeas petition the following business day on February 12, 2007, the same day respondents' response to the original habeas petition would have been due. On February 12, 2007, petitioner's counsel e-mailed the undersigned a courtesy copy of the First Amended Petition for Writ of Habeas Corpus that, we understand, is being filed in court that day.

4.      Fed. R. Civ. P. 15(a) provides that a party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

5.      In light of petitioner's intention to amend his habeas petition on February 12, 2007, respondents respectfully submit that the February 12, 2007 deadline for respondents' response to the original habeas petition is no longer applicable and that respondents' time within which to respond to the amended habeas petition has been automatically extended as prescribed by Fed. R. Civ. P. 15(a). Specifically, respondents submit that their response to the amended habeas petition will now be due on March 2, 2007. *See* Fed. R. Civ. P. 6(a), (e) and 15(a).

6.      Counsel for petitioner has authorized the undersigned to inform the Court that she does not oppose this motion.

Dated:  February12, 2007                 Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel

                                           /s/   Jean Lin
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)

JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>DONALD RUMSFELD, *et al.,*  )<br>  )<br>Respondents.  )<br>  ) | Civil Action No. 06-CV-01669 (JDB) |

Upon Respondents' Unopposed Motion for Clarification Regarding Deadline to Show Cause, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including March 2, 2007 to file an answer, motion, or other response.


Dated: _____          _____
                                              UNITED STATES DISTRICT JUDGE