IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-CV-01669 (JDB) |
| DONALD RUMSFELD, *et al.,* | ) |
| Respondents. | ) |

Upon Respondents' Unopposed Motion for Clarification Regarding Deadline to Show Cause, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including March 2, 2007 to file an answer, motion, or other response.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE