IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-01669 (JDB) |
| ) | |
| DONALD RUMSFELD, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Respondents hereby move, through undersigned counsel, for an order extending their deadline to file a response to petitioner's First Amended Petition for a Writ of Habeas Corpus through and including March 9, 2007. In support of this motion, respondents inform the Court as follows:

1. In the absence of the requested extension, a response to the First Amended Petition would be due on March 2, 2007.

2. Respondents' counsel are attempting to secure an up-to-date declaration in support of their response to the First Amended Petition.

3. The petition relates to matters occurring at the Bagram Airfield in Afghanistan, Consequently, the process of securing the necessary declaration is difficult and has been rendered more so by last minute logistical obstacles that have arisen, including the current unavailability of the person whom counsel believe will be the declarant.

4. Petitioner's counsel has authorized the undersigned to represent to the Court that she consents to the requested extension.

Dated: March 1, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/   Jean Lin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| FADI AL MAQALEH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-01669 (JDB) |
| | ) | |
| DONALD RUMSFELD, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon Respondents' Unopposed Motion for Extension of Time to respond to the First Amended Petition for a Writ of Habeas Corpus, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including March 9, 2007 to file an answer, motion, or other response.

Dated: _____          _____
                                                                        UNITED STATES DISTRICT JUDGE