IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FADI AL MAQALEH,<br><br>Petitioner,<br><br>v.<br><br>DONALD RUMSFELD, *et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-CV-01669 (JDB)<br>)<br>)<br>)<br>)<br>) |

Upon Respondents' Unopposed Motion for Extension of Time to respond to the First Amended Petition for a Writ of Habeas Corpus, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that respondents shall have up to and including March 9, 2007 to file an answer, motion, or other response.


Dated: _____          _____
                                         UNITED STATES DISTRICT JUDGE

Dockets.Justia.com