IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD RUMSFELD, *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 06-CV-01669 (JDB) |

Upon Respondents' Motion to Dismiss for Lack of Jurisdiction, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that the First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

Dated: _____

_____ UNITED STATES DISTRICT JUDGE