IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAQALEH, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 06-CV-01669 (JDB) |
| ROBERT GATES, Secretary, United States Department of Defense, *et al.,* | ) ) ) ) ) |
| Respondents. | ) ) ) |

**ORDER**

Upon Petitioners' Consent Motion for Extension of Time Respond to Respondents' Motion to Dismiss for Lack of Jurisdiction and Respondents' Reply, it is hereby

ORDERED that Petitioners shall file their Response to Respondents' Motion to Dismiss on or before March 30, 2007; and it is further

ORDERED that Respondents shall file their Reply to Petitioners' Response to Respondent's Motion to Dismiss on or before April 20, 2007.


Dated: March ____, 2007            _____
                                   UNITED STATES DISTRICT COURT JUDGE