IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 06-CV-01669 (JDB) |
| ) | |
| DONALD RUMSFELD, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' STATUS REPORT**

Respondents, through undersigned counsel, submit this status report in response to this Court's Order of July 17, 2008, requiring petitioners and respondents to each file a status report indicating the present status of this matter (including any information regarding the current location of petitioner Fadi Al Maqaleh) and a proposed schedule for further proceedings.

Respondents respectfully inform the Court that petitioner Fadi Al Maqaleh, a Yemeni citizen, is still detained at the Bagram Airfield in Afghanistan as an enemy combatant, and that respondents plan to move to dismiss this habeas petition for lack of subject matter jurisdiction. Respondents respectfully propose the following briefing schedule:

Respondents' brief due on or before August 29, 2008

Petitioners' opposition due on or before September 19, 2008

Respondents' reply brief due on or before October 3, 2008.

Dated: July 25, 2008                        Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JEFFREY A. TAYLOR

United States Attorney

   /s/   Jean Lin
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
JEAN LIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3716
Fax:  (202) 616-8470

Attorneys for Respondents