IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 06-CV-01669 (JDB) |
| ) | |
| DONALD RUMSFELD, *et al.*, ) | **CERTIFICATION OF** |
| ) | **REPRESENTATION WITHOUT** |
| Respondents. ) | **COMPENSATION** |
| ) | |

    Pursuant to L. Civ. R. 83.2(g), I certify that I am representing the Petitioners in the above-captioned case, *Fadi Al Maqaleh, et al. v. Donald Rumsfeld, et al.* (Civil Action No. 1:06-cv-01669 (JDB)) without compensation.

Dated: July 28, 2008

                                                                     /s/ Barbara Olshansky
                                                  Barbara Olshansky (DC Bar No. NY0057)
                                                  International Human Rights Clinic
                                                  Stanford Law School
                                                  559 Nathan Abbott Way
                                                  Stanford, CA, 94305
                                                  Tel. 650.736.2312
                                                  Fax 650.723.4426
                                                  Email: bolshansky@law.stanford.edu