IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FADI AL MAQALEH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 06-CV-01669 (JDB) |
| | ) | |
| DONALD RUMSFELD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**PETITIONERS' STATUS REPORT**

Petitioners, through undersigned counsel, submit this status report in response to the Court's Order of July 17, 2008, requiring Petitioners and Respondents to file independent status reports indicating the present status of this matter (including any information regarding the current location of Petitioner Fadi Al Maqaleh) along with a proposed schedule for any further proceedings contemplated by the parties.

Petitioners respectfully request that the Court accept Petitioners' status report today, nunc pro tunc, in light of the fact that attorneys from Stanford Law School's International Human Rights Clinic are appearing in this matter for the first time as of this date. Petitioners were unable to file their Status Report on July 25, due to the fact that the sole counsel for Petitioners was unexpectedly delayed returning from an extremely difficult trip to South Asia and the Middle East. Respondents have stated that they have no objections to Petitioners submission of their Status Report after the deadline.

Respondents have acknowledged that Petitioner Fadi Al Maqaleh, a Yemeni citizen, remains detained by United States military forces in the detention facility located in Bagram Air

Base Afghanistan, that Respondents plan to move to dismiss Mr. Al Maqelah's habeas petition. Unfortunately, the schedule that Respondents proposed in their Status Report dated July 25, 2008, is not feasible for Petitioners given Petitioners' counsel's current litigation and teaching responsibilities. After discussing the schedule with Respondents' counsel further on July 28, 2008, Petitioners respectfully propose the following briefing schedule, which Respondents have agreed upon:

> Respondents' brief due on or before September 15, 2008
>
> Petitioners' opposition due on or before October 15, 2008
>
> Respondents' reply brief due on or before November 5, 2008.

Dated: July 28, 2008                                   Respectfully submitted,


   /s/  Kathleen Kelly
BARBARA OLSHANSKY
KATHLEEN KELLY
International Human Rights Clinic
Stanford Law School
559 Nathan Abbott Way
Stanford, CA, 94305
Tel. 650.736.2312, 650.721.5885
Fax 650.723.4426

TINA MONSHIPOUR FOSTER
International Justice Network
P.O. Box 610119
New York, NY 11361-0119
Tel. 917.442.9580

*Attorneys for Petitioners*