UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADI AL MAQALAH, et al.,**<br>     Petitioners,<br><br>     v.<br><br>**ROBERT GATES, et al.,**<br>     Respondents. | **Civil Action No.  06-1669** |
| **HAJI WAZIR, et al.,**<br>     Petitioners,<br><br>     v.<br><br>**ROBERT GATES, et al.,**<br>     Respondents. | **Civil Action No.  06-1697** |
| **AMIN AL BAKRI, et al.,**<br>     Petitioners,<br><br>     v.<br><br>**BARACK H. OBAMA, et al.,**<br>     Respondents. | **Civil Action No.  08-1307** |
| **REDHA AL-NAJAR, et al.,**<br>     Petitioners,<br><br>     v.<br><br>**ROBERT GATES, et al.,**<br>     Respondents. | **Civil Action No.  08-2143** |

**<u>ORDER</u>**

The Court has reviewed respondents' January 16, 2009 filings in these cases, which identified (1) the number of detainees held at Bagram Airfield; (2) the number of Bagram

detainees who were captured outside Afghanistan; and (3) the number of Bagram detainees who are Afghan citizens. In their memoranda in support of their motions to dismiss these cases, respondents represented that "[s]ince the war in Afghanistan began, the United States has captured, screened and released thousands of individuals" and that a significant number of Bagram detainees are expected to be transferred. See, e.g., Respondents' Reply Memorandum in Support of their Motion to Dismiss Al Maqalah's Petition for Writ of Habeas Corpus at 18 (citing Declaration of Charles A. Tennison ¶¶ 9, 16 (attached as Ex. 1 to Respondents' Motion to Dismiss)). Hence, the information provided in respondents' January 16, 2009 filings may already be out-of-date. Accordingly, it is hereby **ORDERED** that respondents shall file with the Court, in writing and by not later than March 11, 2009, updated responses to the three categories identified above. Additionally, with respect to category (2), respondents shall identify whether the number provided includes each of the four petitioners in these cases.

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   March 2, 2009