UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, et al., <br>     Petitioners, <br>         v. <br> ROBERT GATES, et al., <br>     Respondents. | Civil Action No. 06-1669 |
| HAJI WAZIR, et al., <br>     Petitioners, <br>         v. <br> ROBERT GATES, et al., <br>     Respondents. | Civil Action No. 06-1697 |
| AMIN AL BAKRI, et al., <br>     Petitioners, <br>         v. <br> BARACK H. OBAMA, et al., <br>     Respondents. | Civil Action No. 08-1307 |
| REDHA AL-NAJAR, et al., <br>     Petitioners, <br>         v. <br> ROBERT GATES, et al., <br>     Respondents. | Civil Action No. 08-2143 |

**ORDER**

Upon consideration of respondents' motions to dismiss the petitions for habeas corpus in the four above-captioned cases, the memoranda in support thereof and opposition thereto, the

motions hearing held on January 7, 2009, and the entire record herein, and for the reasons explained in the memorandum opinion issued on this date, it is hereby **ORDERED** as follows:

1. Respondents' motion to dismiss the habeas petition of Fadi al Maqaleh is **DENIED**;

2. Respondents' motion to dismiss the habeas petition of Redha al-Najar is **DENIED**;

3. The Court reserves ruling on respondents' motion to dismiss the habeas petition of Haji Wazir at this time, and orders that respondents file a memorandum (not to exceed 15 pages) addressing the Klein issue (see Mem. Op. at 48-49) by not later than April 23, 2009, and that petitioner Wazir file a reply memorandum (not to exceed 10 pages) by not later than May 7, 2009;

4. Respondents' motion to dismiss the habeas petition of Amin al Bakri is **DENIED** and al Bakri's habeas petition is transferred back to Judge Huvelle for further proceedings; and

5. A status conference shall be held in al Maqaleh's and al-Najar's cases on April 29, 2009, at 10:00 a.m. in Courtroom 8.

**SO ORDERED.**

                                    /s/
                        JOHN D. BATES
                 United States District Judge

Date:   April 2, 2009