# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 09-8003                                                     September Term 2008

1:06-cv-01669-JDB
1:08-cv-01307-JDB
1:08-cv-02143-JDB

**Filed On:**  July 30, 2009

In re:  Robert M. Gates, Secretary, United
States Department of Defense, et al.,

     Petitioners

-----------------------------

Consolidated with 09-8004, 09-8005


     **BEFORE:**   Ginsburg, Garland, and Kavanaugh, Circuit Judges

### O R D E R

     Upon consideration of the petition for permission to appeal under 28 U.S.C. § 1292(b) and motion for expedited appeal in the above-referenced cases, the opposition to the petition, and the reply,

     **ORDERED** that the petition for permission to appeal be granted.  See 28 U.S.C. § 1292(b).  Approval of the petition is without prejudice to reconsideration by the merits panel to which these cases are assigned.  It is

     **FURTHER ORDERED** that the motion to expedite be granted.  The following briefing schedule will apply:

| | |
|---|---|
| Appellants' Brief | August 31, 2009 |
| Appendix | August 31, 2009 |
| Joint Brief for Appellees | September 30, 2009 |
| Reply Brief | October 14, 2009 |

     The Clerk is directed to transmit a certified copy of this order to the district court.  The district court will file copies of the order as separate notices of appeal pursuant to Federal Rule of Appellate Procedure 5.  The district court is to certify and transmit the preliminary record to this court, after which the cases will be assigned general docket numbers and consolidated with one another.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-8003**                                                          **September Term 2008**

      The Clerk is directed to schedule these consolidated cases for oral argument on the first appropriate date after the completion of briefing.

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

              BY:    /s/
                                            Lynda M. Flippin
                                            Deputy Clerk