IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FADI AL MAQALEH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:06-CV-01669 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AMIN AL BAKRI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-01307 (JDB) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| REDHA AL-NAJAR, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-02143 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of Respondents' Consent Motion for Extension of Time to Respond to Petitioners' Joint Motion to Amend Petitions for Writ of Habeas Corpus, it is hereby

ORDERED that Respondents shall have until October 1, 2010 to file a response to Petitioners' Joint Motion to Amend Petitions for Writ of Habeas Corpus.

SO ORDERED.

Dated: _____          _____
                                         U.S. District Judge