# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADI AL-MAQALEH,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**ROBERT GATES,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 06-1669 (JDB)** |
| **AMIN AL-BAKRI,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**BARACK H. OBAMA,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 08-1307 (JDB)** |
| **REDHA AL-NAJAR,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**ROBERT GATES,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 08-2143 (JDB)** |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN FURTHER SUPPORT OF PETITIONERS' JOINT MOTION TO AMEND PETITIONS FOR WRIT OF HABEAS CORPUS**

Petitioners respectfully request an extension of time of 30 days, to and including November 11, 2010, in which to submit a reply in further support of Petitioners' Joint Motion to Amend Petitions for Writ of Habeas Corpus. Pursuant to local Civil Rule 7(m), Petitioners' counsel have conferred with Respondents' counsel, who indicated that Respondents consent to this extension request. In support of this motion, Petitioners state as follows:

1. On September 1, 2010, Petitioners filed a Joint Motion to Amend Petitions for Writ of Habeas Corpus, citing to new evidence that bears directly on the jurisdictional question.

2. On September 14, 2010, Respondents moved this Court for an extension of time to file their opposition.

3. On September 14, 2010, this Court granted Respondents' motion and extended the time for filing to October 1, 2010.

4. Respondents filed their Opposition on October 1, 2010.

5. Due to the nature of the issues raised in these cases and the coordination required among Petitioners' counsel to reply thoroughly to Respondents' opposition, Petitioners need additional time to prepare their reply.

6. Accordingly, Petitioners respectfully request that this Court grant an extension of time of 30 days, to and including November 11, 2010, for Petitioners to submit their reply.

Dated: October 8, 2010

Respectfully submitted,

| | |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Ramzi Kassem | Barbara J. Olshansky |
| *Supervising Attorney* | Tina Monshipour Foster |
| Golnaz Fakhimi | Reyhan Abeyratne |
| Isabelle Rogin | Bree Bernwanger |
| Jillian Sebastian | **International Justice Network** |
| *Law Student Interns* | P.O. Box 610119 |
| **Main Street Legal Services, Inc.** | New York, NY 11361 |
| **City University of New York** | (650) 388-2237 |
| **School of Law** | |
| 65-21 Main Street | *Counsel for Petitioners Fadi al-Maqaleh, Redha al-* |
| Flushing, NY 11367 | *Najar, and Amin al-Bakri* |
| (718) 340-4558 | |

Hope R. Metcalf
*Supervising Attorney*
Robert Braun
Curtis Isacke
Christine Ku
*Law Student Interns*
**Lowenstein Int'l Human Rights Clinic**
**Yale Law School**
127 Wall Street
New Haven, CT 06511
(203) 432-0138

*Lead Counsel for Petitioner Amin al-Bakri*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FADI AL-MAQALEH,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**ROBERT GATES,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 06-1669 (JDB)** |
| **AMIN AL-BAKRI,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**BARACK H. OBAMA,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 08-1307 (JDB)** |
| **REDHA AL-NAJAR,** *et al.,*<br><br>*Petitioners*,<br><br>v.<br><br>**ROBERT GATES,** *et al.,*<br><br>*Respondents*. | **Civil Action No. 08-2143 (JDB)** |

**[PROPOSED] ORDER**

Upon consideration of Petitioners' Consent Motion for Extension of Time to Submit Reply, it is hereby

ORDERED that the Petitioners' motion is GRANTED; it is further

ORDERED that Petitioners shall submit their reply by no later than November 11, 2010.

So ORDERED.

On this the _____ day of _____, 2010

_____
JOHN D. BATES
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2010, I caused a true and accurate copy of Petitioners' Consent Motion for Extension of Time to Submit Reply to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system:

Jean Lin, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

                                                  _____/s/_____
                                                  RAMZI KASSEM