IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FADI AL MAQALEH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:06-CV-01669 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AMIN AL BAKRI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-01307 (JDB) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| REDHA AL-NAJAR, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-02143 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE TO THE COURT**

Respondents respectfully notify this Court that on Friday, December 17, 2010, they filed in another Bagram habeas litigation, *Hamidullah v. Gates*, 10-CV-758 (JBD), an updated version of the Declaration of Deputy Assistant Secretary of Defense for Detainee Policy, William K. Lietzau, previously filed in this consolidated case. A copy the December 17, 2010 Lietzau declaration is attached hereto.

On October 1, 2010, in opposing Petitioners' motion to amend their habeas petitions, Respondents submitted a declaration by Deputy Assistant Secretary of Defense Lietzau in which

he discussed the United States' then current plans regarding the detention facility at Bagram Airfield, Afghanistan, including the steps being undertaken by DoD to work collaboratively with the government of Afghanistan to facilitate the eventual transfer of detention operations at Bagram to the Afghan government.  Petitioners' motion to amend remains pending before this Court.

On December 17, 2010, in response to an order to show cause by this Court in *Hamidullah v. Gates*, Respondents similarly submitted a declaration by Deputy Assistant Secretary of Defense Lietzau.  The December 17, 2010 Lietzau declaration updates the October 1, 2010 version in the following respects:  (1) it informs the Court of the United States' additional plan to construct an additional housing unit during the next year to enable U.S. forces to continue to conduct detention operations on a limited basis during the ongoing surge in military operations in Afghanistan and pending the transfer of non-Afghan detainees to their home countries or to third countries, *see* Lietzau Decl. (Dec. 17, 2010) ¶ 6; and (2) it describes in more detail the process, or conditions under which, a non-Afghan detainee currently held by the United States at Bagram may be transferred from U.S. custody and control, *id.* ¶ 9.

Dated: December 20, 2010                                  Respectfully submitted,

                                                                             TONY WEST
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JOHN R. TYLER
Assistant Branch Director

/s/ *Jean Lin*
JEAN LIN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

2

20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-3716
Attorneys for Respondents