UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI AL MAQALEH, et al.,<br>　Petitioners,<br>　v.<br>ROBERT GATES, et al.,<br>　Respondents. | Civil Action No. 06-1669 |
| AMIN AL BAKRI, et al.,<br>　Petitioners,<br>　v.<br>BARACK H. OBAMA, et al.,<br>　Respondents. | Civil Action No. 08-1307 |
| REDHA AL-NAJAR, et al.,<br>　Petitioners,<br>　v.<br>ROBERT GATES, et al.,<br>　Respondents. | Civil Action No. 08-2143 |

**ORDER**

Upon consideration of [50] Petitioners' Joint Motion to Amend Petitions for Writ of Habeas Corpus, the parties' memoranda and other submissions, and the entire record, and for the reasons explained in the accompanying Memorandum Opinion, it is this 15th day of February, 2011, hereby

**ORDERED** that petitioners' motion is **GRANTED**; it is further

**ORDERED** that petitioners' request for jurisdictional discovery is **DENIED** without prejudice; and it is further

**ORDERED** that the following schedule is established:

- petitioners' amended habeas corpus petitions shall be filed by not later than March 28, 2011;

- respondents' motion to dismiss, if any, shall be filed by not later than May 12, 2011;

- petitioners' opposition to respondents' motion to dismiss shall be filed by not later than June 16, 2011;

- respondents' reply in support of their motion to dismiss shall be filed by not later than July 11, 2011.

**SO ORDERED**.

                                                    /s/
                                      JOHN D. BATES
                                United States District Judge

Dated: <u>February 15, 2011</u>