IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FADI AL-MAQALEH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:06-CV-01669 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| AMIN AL-BAKRI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-01307 (JDB) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| REDHA AL-NAJAR, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 1:08-CV-02143 (JDB) |
| | ) | |
| ROBERT GATES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of Respondents' Motion to Dismiss Amended Petitions for Writs of Habeas Corpus, it is hereby

ORDERED that Respondents' motion to dismiss is GRANTED. It is further

ORDERED that the amended petitions for writ of habeas corpus are DISMISSED with Prejudice.

SO ORDERED.

Dated: _____                             _____
                                                  UNITED STATES DISTRICT JUDGE